IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JERRY L. PATTON, a/k/a James Johnson, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:12-0338 |
| | ) | Judge Trauger |
| DR. NONA SETLER-LOGAN, a/k/a | ) | Magistrate Judge Bryant |
| (F/N/U) LOGAN and KAREN SUGDEN- | ) | |
| KUNDAR, a/k/a (F/N/U) DON, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On February 4, 2013, the Magistrate Judge issued a Report and Recommendation (Docket No. 52), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE** for failure to timely substitute a party plaintiff. This Order shall constitute the judgment in this case.

It is so **ORDERED.**

Enter this 20th day of February 2013.

_____
ALETA A. TRAUGER
U.S. District Judge